LAWRENCE M. FAGENSON
CONCETTA PUGLISI
NOVLETTE R. KIDD
_____
LINDA V. RAMPERTAB

450 SEVENTH AVENUE · SUITE 704
NEW YORK, NEW YORK 10123
TEL: (212) 268-2128
FAX: (212) 268-2127

OF COUNSEL
STEVEN CANDELA
SCOTT G. CERBIN
ASAF A. GERMAN

January 24, 2020

The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY  FILED             │
│ DOC #:_____     │
│ DATE FILED:  1/24/2020            │
└──────────────────────────────────┘
```

Re: Velez v. DNF Associates LLC, Case No.:19-cv-11138-GHW-SDA

Dear Judge Aaron,

This office represents plaintiff in the captioned civil matter. This matter is on the Court's calendar for an initial pretrial conference on January 30, 2020. The parties jointly respectfully request a 35-day adjournment of the initial conference.

The reason for the adjournment request is that the parties are in the midst of settlement discussions. Plaintiff is currently awaiting a response from defendant concerning a proposed settlement and hopes the matter will be resolved shortly.

In order to avoid the unnecessary expenditure of scarce judicial resources and to avoid potentially scuttling the proposed settlement by the expenditure of additional legal time on litigation of the matter, the parties are respectfully requesting the adjournment. The parties also respectfully request a consequential 28-day extension of the deadline for the filing of the pre-conference materials.

The Court's kind consideration of the foregoing request is greatly appreciated.

Respectfully Submitted,
FAGENSON & PUGLISI, PLLC

By: /s/ Novlette R. Kidd
      NOVLETTE R. KIDD, ESQ.

NRK/mdm.

The Initial Conference currently scheduled for January 30, 2020 is adjourned until March 10, 2020 at 2:00 p.m. . in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-stewart-d-aaron at least one week prior to the scheduled conference. SO ORDERED.
Dated: January 24, 2020