UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jasmine Velez,

                Plaintiff,

-against-

DNF Associates LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020

1:19-cv-11138 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff having informed the Court that she no longer intends to file an amended pleading, it is hereby Ordered that the parties shall file another joint letter regarding the status of discovery on August 17, 2020.

**SO ORDERED.**

DATED:    New York, New York
                July 1, 2020

_____
STEWART D. AARON
United States Magistrate Judge