USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  _8/7/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JASMINE VELEZ

                          Plaintiff,            Case No. 1:19-cv-11138-GHW

v.

DNF ASSOCIATES LLC

                          Defendant.

_____

## JUDGMENT

Defendant DNF Associates LLC having offered judgement pursuant to Federal Rule of Civil Procedure 68, in the amount of $1,001.00, plus reasonable attorneys' fees and taxable costs incurred in this action, such fees and costs to be determined by agreement of the parties, and if the parties cannot agree, by the Court upon motion of the Plaintiff, and Plaintiff Jasmine Velez having accepted the offer of judgment, it is

ORDERED AND ADJUDGED that Plaintiff Jasmine Velez recover from Defendant DNF Associates LLC the principal amount of $1,001.00, plus reasonable attorneys' fees and taxable costs incurred in this action, such fees and costs to be determined by agreement of the parties, and if the parties cannot agree, by the Court upon motion of the Plaintiff.

DATED:        August ___7___, 2020

                                        _____
                                        Hon. Gregory H. Woods
                                        United States District Judge